**OFFICE OF THE FEDERAL DEFENDER**
EASTERN DISTRICT OF CALIFORNIA
2300 TULARE STREET, SUITE 330
FRESNO, CALIFORNIA 93721-2226
(559) 487-5561  Fax: (559) 487-5950

Quin Denvir
Federal Defender

Daniel J. Broderick
Chief Assistant Defender

Marc C. Ament
Fresno Branch Chief

FILED
2005 OCT 31 P 3:47
CLERK, US DIST COURT
EASTERN ... CALIF
BY ___

RECEIVED
OCT 2 8 2005
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY ___
DEPUTY CLERK

### MEMORANDUM

DATE:      October 28, 2005

TO:        Honorable Dennis L. Beck
           Chief Magistrate Judge

FROM:      Melody M. Walcott, Asst. Federal Defender

SUBJECT:   USA v. William D. Powell
           1:02cr5348OWW

---

　　Mr. Powell requests a continuance of his sentencing date from Wednesday, November 16, 2005 to Wednesday, December 14, 2005. Mr. Powell's residence is near the Oregon border, he is currently low on funds, and needs the additional time to save enough money to make the trip to Fresno. He advises it takes him two days of travel and hotel room costs to make the trip for a court appearance. AUSA David Gappa has no objection to the continuance.

c: AUSA David Gappa
   U.S.P.O. Casey Horner

United States Magistrate Judge
Dennis L. Beck.