DANIEL J. BRODERICK, #89424
Federal Defender
MELODY M. WALCOTT, Bar #219930
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant-Appellant
WILLIAM D. POWELL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:02-cr-05348 OWW |
| Plaintiff-Appellee, | STIPULATION CONTINUING APPELLATE BRIEFING SCHEDULE; ORDER |
| v. | |
| WILLIAM D. POWELL, | Judge: Hon. Oliver W. Wanger |
| Defendant-Appellant. | |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the briefing schedule in this matter may be continued as follows:  Appellant's opening brief now due April 19, 2006, shall be filed on or before April 26, 2006, Appellee's brief now due May 10,

///
///
///
///
///
///
///

1  2006, shall be filed on or before May 17, 2006, and Appellant's Optional Reply Brief shall be due five
2  court days after service of the Appellee's brief.

3                                                       McGREGOR W. SCOTT
                                                        United States Attorney
4

5  DATED:  April 18, 2006                        By  /s/  David L. Gappa
                                                        DAVID L. GAPPA
6                                                       Assistant United States Attorney
                                                        Counsel for Plaintiff-Appellee
7

8

9                                                       DANIEL J. BRODERICK
                                                        Acting Federal Defender
10

11 DATED:  April 18, 2006                        By    /s/  Melody M. Walcott
                                                        MELODY M. WALCOTT
12                                                      Assistant Federal Defender
                                                        Counsel for Defendant-Appellant
13                                                      William D. Powell

14

15                                  **ORDER**
   IT IS SO ORDERED.
16
   **Dated:    April 19, 2006**              **/s/ Oliver W. Wanger**
17 emm0d6                                  UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

27

28

Stipulation Continuing Appellate
Briefing Schedule; [Proposed] Order                2